UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEOPLE'S WORKSHOP, INC., ET AL.

VERSUS

FEDERAL EMERGENCY
MANAGEMENT AGENCY, ET AL.

CIVIL ACTION

NO. 17-107-JWD-RLB

## FINAL JUDGMENT

Pursuant to the Court's order entered this date dismissing Plaintiffs' claims with prejudice, with the exception of Plaintiffs' claims against Defendants Federal Emergency Management Agency, Department of Homeland Security, and Kirstjen Nielsen, which are dismissed without prejudice, **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendants and against Plaintiffs, with Plaintiffs taking nothing by their claims. The Clerk of Court is directed to enter this document as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close the file.

Signed in Baton Rouge, Louisiana, on March 12, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**